# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00072-CV

In re Nikki Marie Bragg

### ORIGINAL PROCEEDING

From the 170th District Court of
McLennan County, Texas
Judge Jim Meyer, presiding
Trial Court Cause No. 2023-1183-4

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The Petition for Writ of Mandamus and Emergency Motion for Stay, filed

on March 5, 2025 by Relator Nikki Marie Bragg, are denied.

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED: March 6, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
OT06

